DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ENRICO LAQUAN ADAMS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No.  2D2023-2327

_____

August 30, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Howard L. Dimmig, II, Public Defender, and Jeffrey Sullivan, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.